

Nov 1, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-80204-CR-RYSKAMP/HOPKINS

18 USC § 1001(a)(2)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES MARTINEZ,
    a/k/a Adrean R. Rodrigues,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 13, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANDRES MARTINEZ,**
**a/k/a Adrean R. Rodrigues,**

in a matter within the jurisdiction of the Department of the Interior, United States Fish and Wildlife Service, an agency of the executive branch of the United States Government, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts, in that the defendant identified himself to a United States Fish and Wildlife Service Officer as Adrean R. Rodrigues, date of birth 12/13/1983, social security number xxx-xx-7922, and signed a Statement

of Identification Form confirming the truth and accuracy of this information, when in truth, and in fact, as the defendant then and there well knew, his name was not Adrean R. Rodrigues, his date of birth was not 12/13/1983, and his social security was not xxx-xx-7922.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 12-80204-CR-RYSKAMP/HOPKINS

vs.

**ANDRES MARTINEZ,**
a/k/a Adrean R. Rodrigues,

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)    (Check only one)

   I    0 to 5 days     _X_         Petty       ___
   II   6 to 10 days    ___         Minor       ___
   III  11 to 20 days   ___         Misdem.     ___
   IV   21 to 60 days   ___         Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of   N/A
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANDRES MARTINEZ, a/k/a Adrean R. Rodrigues

Case No: 12-80204-CR-RUSKAMP/ HOPKINS

Count #: 1

Knowingly and willfully made one or more materially false, fictitious or fraudulent statements or misrepresentations

18 USC § 1001(a)(2)

**\* Max.Penalty**: 5 years' imprisonment; 3 years' supervised release; $250,000 fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.